# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## <u>JUDGMENT IN A CIVIL CASE</u>

**Tina Marie Taylor**
         Plaintiff
    vs.                        **CASE NUMBER: 1:13-CV-790 (DEP)**

**Commissioner of Social Security**
         Defendant

**Decision by Court.** This action came to hearing before the Court.
         The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendant's motion for judgment on the pleadings is GRANTED, the Commissioner's determination that the plaintiff was not disabled at the relevant times, and thus is not entitled to benefits under the Social Security Act, is AFFIRMED. Judgment is entered in favor of the defendant based upon this determination and the plaintiff's complaint is DISMISSED in its entirety.

All of the above pursuant to the order of the Honorable Judge David E. Peebles, dated the 22nd day of May, 2014.

DATED: May 27, 2014

*[signature]*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk